IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL WOOD, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>  Plaintiff,<br><br>vs.<br><br>SAROJ AND MANJU INVESTMENTS PHILADELPHIA, LLC D/B/A PAPA JOHN'S, SAROJ AND MANJU INVESTMENTS PITTSBURGH, LLC D/B/A PAPA JOHN'S SUNIL KUMAR SINGH, AND MANISH SINGH,<br><br>  Defendants. | Civil No. 2:19-cv-02820-KSM<br><br>**JURY TRIAL DEMANDED** |

## REPRESENTATIVE PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF THE COLLECTIVE/CLASS ACTION SETTLEMENT

Plaintiff and Class Representative Michael Wood, by and through undersigned Class Counsel, pursuant to Fed. R. Civ. P. 23(e) and the Fair Labor Standards Act of 1934 ("FLSA"), respectfully move the Court for entry of an Order:

Representative Plaintiff Michael Wood ("Representative Plaintiff"), on behalf of himself and the Class, by and through his attorneys Joe P. Leniski, Jr. and Patrick Howard ("Class Counsel"), moves this Court to grant final approval of this ***unobjected*** to and ***opt-out free*** Settlement reached with the Defendants. Following

extensive informal discovery and two-day mediation presided over by the Hon. (retired) Stephen M. Orlofsky, the Parties negotiated a hard-fought and arms-length settlement on behalf of over 530 pizza delivery drivers employed at Defendants' stores across two metropolitan areas in Pennsylvania. The instant settlement includes monies to satisfy the Class members' FLSA and Pennsylvania state law wage-and-hour claims, payment of Class Counsel's fees and expenses, payment of a service award to Representative Plaintiff, and payment of the Claims Administrator's costs.

The Court preliminarily approved the Settlement on December 28, 2020. The Parties have complied with the terms of the Court's Preliminary Approval Order, and zero (0) Class members have objected to the Settlement, including the unopposed Motion for attorneys' fees. As explained in greater detail below, numerous federal courts have approved the exact hybrid FLSA collective/Fed. R. Civ. P. 23 class action settlement class structure reached here as an appropriate method for resolving the claims of pizza delivery drivers on a class-wide basis. This settlement achieves an excellent result for the Class and warrants judicial approval.

Accordingly, the Parties respectfully request the Court issue an Order:

(1) Finally certifying pursuant to Federal Rule of Civil Procedure 23 for settlement purposes the following class: "**All delivery drivers who worked for Defendants during the period dating back to three years prior to December 28, 2020.**"

(2) Finally certifying the Settlement Class as a collective action pursuant to Section 216(b) of the Fair Labor Standards Act ("FLSA");

(3) Granting final approval of the Agreement, adjudging its terms to be fair, reasonable and adequate and directing consummation of its terms and provisions;

(4) Finding that the Notice Plan was executed in a manner that ensured that Class Members' due process rights were amply protected, and that the requirements of Rule 23(e)(1)(B) have been satisfied;

(5) Approving distribution of the Net Settlement Fund, as defined in the Agreement, to the Participating Class Members (as defined by the Agreement);

(6) Approving a service payment in the amount of $2,500.00 to the Class Representative, Michael Wood[1];

(7) Approving payment of the actual costs of the Settlement Claims Administrator in an amount not to exceed $13,046.41;

(8) Approving Plaintiff's separate Motion for Attorneys' Fees to Class Counsel and reimbursement of Counsel's actual costs and litigation expenses to date[2];

(9) Approving Community Legal Services of Philadelphia as *cy pres* recipient of unclaimed funds from the Rule 23 Class Settlement Fund;

(10) Permanently enjoining all Settlement Class Members (other than those who filed timely and valid Exclusion Letters) from prosecuting against Defendants and the Released Parties any and all of the Settlement Class Members' Released Claims;

(11) Permanently enjoining the Class Representative from prosecuting against Defendants and the Released Parties any and all of the Class Representative's Released Claims; and

(12) Entering a judgment dismissing this case with prejudice in accordance with the terms of the Agreement.

The Motion is supported by the following materials filed contemporaneously herewith: (1) a Memorandum of Law; and (3) the Declaration of Nancy A. Johnson,

---

[1] Class Counsel separately filed their Motion to approve the service award to Class Representative on March 15, 2021.  *See* Dkt. No. 33.

[2] *Id*.

President of CAC Services Group, LLC ("Johnson Decl."), attached hereto as **Exhibit A**. The Representative Plaintiff therefore respectfully requests that the Court enter the Final Approval Order attached hereto as **Exhibit B**. The Motion is scheduled for hearing on April 14, 2021 at 10:00 a.m.

DATE:  March 29, 2021                    Respectfully submitted,

By: /s/ Patrick Howard
Patrick Howard (PA ID #88572)
SALTZ, MONGELUZZI,
& BENDESKY, P.C.
1650 Market Street, 52nd Floor
Philadelphia, PA 19103
Telephone: (215) 496-8282
Fax: (215) 496-0999
phoward@smbb.com

Joe P. Leniski, Jr., Esq.
     (TN #022891)
BRANSTETTER, STRANCH &
JENNINGS, PLLC
223 Rosa Parks Ave. Suite 200
Nashville, TN 37203
(615) 254-8801
(615) 255-5419
joeyl@bsjfirm.com

***Attorneys for Plaintiff and Proposed Settlement Class***